1  CHARLES H. JUNG (SBN 217909)
   KASSRA P. NASSIRI (SBN 215405)
2  NASSIRI & JUNG LLP
   251 Kearny Street, Suite 501
3  San Francisco, California  94108
   Telephone: (415) 373-5699
4  Facsimile:  (415) 534-3200

5  Attorneys for Defendants
   JOSH WILBUR and FRW ENTERPRISES, INC.
6  d/b/a LIVING IN COMFORT

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ANNE W. THAYER, on an individual basis, and )   Case No.:
   also on a class-wide basis on behalf of herself )
12 and of all others similarly situated,          )
                                                  )   **STIPULATION REGARDING**
13                Plaintiff,                      )   **RESPONSE TO COMPLAINT**
                                                  )
14       v.                                       )
                                                  )
15 JOSH WILBUR; FRW ENTERPRISES, INC.;            )
   "LIVING IN COMFORT"; AND DOES 1                )
16 through 50, inclusive,                         )
                                                  )
17                Defendants.                     )
                                                  )

18

19       WHEREAS Plaintiff Anne W. Thayer ("Thayer") filed a Complaint in the Superior Court

20 of California, City and County of San Francisco, on or about May 31, 2007, Case Number CGC-

21 07-463884 ("State Court Action");

22       WHEREAS Plaintiff Thayer states that Plaintiff personally served Defendants Josh

23 Wilbur, FRW Enterprises, Inc. ("FRW"), and Living In Comfort (which is a d/b/a of FRW)

24 (collectively, "Defendants") with the Complaint in the State Action on June 29, 2007;

25       WHEREAS on July 27, 2007, Defendants filed with this Court a Notice of Removal of

26 the State Court Action;

27

28
                                       - 1 -
                    **STIUPULATION REGARDING RESPONSE TO COMPLAINT**

1  WHEREAS pursuant to Federal Rule of Civil Procedure 81(c), the time for Defendants to answer or present other defenses or objections to the Complaint is five days after the filing for the petition of removal (i.e., August 3, 2007, assuming notice of removal filed on July 27, 2007);

WHEREAS Plaintiff and Defendants have agreed to an extension of time to and including August 13, 2007 for Defendants to answer or otherwise respond to the Complaint;

WHEREAS pursuant to Local Rule 6-1(a) the "parties may stipulate, in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . ."

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1. The deadline for Defendants Josh Wilbur, FRW Enterprises, Inc., and Living in Comfort to answer or otherwise response to the Complaint shall be extended to and including August 13, 2007.

Dated: July 30, 2007          NASSIRI & JUNG LLP

                              By: _____
                                  Charles H. Jung
                                  Attorneys for Defendants
                                  JOSH WILBUR and FRW ENTERPRISES,
                                  INC. d/b/a LIVING IN COMFORT

Dated: July 31, 2007          ERNEST M. THAYER, A Professional Corporation

                              By: _____
                                  Ernest M. Thayer
                                  Attorneys for Plaintiff Anne W. Thayer

-2-
STIPULATION REGARDING RESPONSE TO COMPLAINT