CHARLES H. JUNG (SBN 217909)
KASSRA P. NASSIRI (SBN 215405)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200

Attorneys for Defendants
JOSH WILBUR and FRW ENTERPRISES, INC.
d/b/a LIVING IN COMFORT

SUPERIOR COURT - STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO, UNLIMITED JURISDICTION

| | |
|---|---|
| ANNE W. THAYER, on an individual basis, and also on a class-wide basis on behalf of herself and of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOSH WILBUR; FRW ENTERPRISES, INC.; "LIVING IN COMFORT"; AND DOES 1 through 50, inclusive,<br><br>Defendants. | SAN FRANCISCO SUPERIOR COURT CASE NO.: CGC-07-463884<br><br>**NOTICE TO STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT** |
| ANNE W. THAYER, on an individual basis, and also on a class-wide basis on behalf of herself and of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOSH WILBUR; FRW ENTERPRISES, INC.; "LIVING IN COMFORT"; AND DOES 1 through 50, inclusive,<br><br>Defendants. | U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA CASE NO.: _____ |

TO THE CLERK OF THE SAN FRANCISCO SUPERIOR COURT, PLAINTIFF ANNE W. THAYER, AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 1441 and 1446, on July 27, 2007 Defendants Josh Wilbur ("Wilbur"), FRW Enterprises, Inc. ("FRW") (for itself and its d/b/a Living In Comfort) filed a Notice of Removal of Action for the action commenced in the Superior Court of the State of California in and for the City and County of San Francisco, entitled *Anne W. Thayer v. Josh Wilbur; FRW Enterprises, Inc., "Living In Comfort"; and Does 1 through 50*, inclusive, Case No. CGC-07-463884 ("State Court Action"), removing in its entirety the State Court Action to the United States District Court for the Northern District of California. A true and correct copy of the Notice of Removal of Action is attached hereto as Exhibit A.

DATED: July 30, 2007

NASSIRI & JUNG LLP

By: _____
Charles H. Jung

Attorneys for Defendants
JOSH WILBUR and FRW ENTERPRISES, INC.
d/b/a LIVING IN COMFORT

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 251 Kearny Street, Suite 501, San Francisco, California 94108.

On July 30, 2007, I served the foregoing document(s) described as:

- **NOTICE TO STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT**
- **NOTICE OF REMOVAL OF ACTION**

on the interested parties in this action as follows:

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

Ernest M. Thayer, Esq.
ERNEST M. THAYER, P.C.
580 Roosevelt Way
San Francisco, California 94114
Fax: 415-436-9422

[ ] I caused these documents to be personally served in such envelope by hand to the persons above at the address set forth above.

[X] By transmitting via facsimile, the document(s) listed above to the fax number set forth above on this date before 5:00 p.m. I am aware that service is presumed invalid unless the transmission machine properly issues a transmission report stating the transmission is complete and without error

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the serve was made.

Executed July 30, 2007, at San Francisco, California.

Michael P. Dillingham