CHARLES H. JUNG (SBN 217909)
KASSRA P. NASSIRI (SBN 215405)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200

Attorneys for Defendants
JOSH WILBUR and FRW ENTERPRISES, INC.
d/b/a LIVING IN COMFORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE W. THAYER, on an individual basis, and also on a class-wide basis on behalf of herself and of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOSH WILBUR; FRW ENTERPRISES, INC.; "LIVING IN COMFORT"; AND DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:07-cv-03869-MEJ<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT** |

WHEREAS Plaintiff Anne W. Thayer ("Thayer") filed a Complaint in the Superior Court of California, City and County of San Francisco, on or about May 31, 2007, Case Number CGC-07-463884 ("State Court Action");

WHEREAS Plaintiff Thayer states that Plaintiff personally served Defendants Josh Wilbur, FRW Enterprises, Inc. ("FRW"), and Living In Comfort (which is a d/b/a of FRW) (collectively, "Defendants") with the Complaint in the State Action on June 29, 2007;

WHEREAS on July 27, 2007, Defendants filed with this Court a Notice of Removal of the State Court Action;

- 1 -
STIUPULATION REGARDING RESPONSE TO COMPLAINT

WHEREAS pursuant to Federal Rule of Civil Procedure 81(c), the time for Defendants to answer or present other defenses or objections to the Complaint is five days after the filing for the petition of removal (i.e., August 3, 2007, assuming notice of removal filed on July 27, 2007);

WHEREAS Plaintiff and Defendants previously stipulated and agreed that the deadline for Defendants Josh Wilbur, FRW Enterprises, Inc., and Living in Comfort to answer or otherwise response to the Complaint shall be extended to and including August 13, 2007;

WHEREAS Plaintiff and Defendants have since agreed to a further extension of time to and including October 2, 2007 for Defendants to answer or otherwise respond to the Complaint;

WHEREAS pursuant to Local Rule 6-1(a) the "parties may stipulate, in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . ."

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1. The deadline for Defendants Josh Wilbur, FRW Enterprises, Inc., and Living in Comfort to answer or otherwise response to the Complaint shall be extended to and including October 2, 2007.

Dated: August 6, 2007               NASSIRI & JUNG LLP

                                    By: _____
                                        Charles H. Jung
                                        Attorneys for Defendants
                                        JOSH WILBUR and FRW ENTERPRISES,
                                        INC. d/b/a LIVING IN COMFORT

Dated: August __, 2007              ERNEST M. THAYER, A Professional Corporation

                                    By: _____
                                        Ernest M. Thayer
                                        Attorneys for Plaintiff Anne W. Thayer

1  WHEREAS pursuant to Federal Rule of Civil Procedure 81(c), the time for Defendants to
2  answer or present other defenses or objections to the Complaint is five days after the filing for
3  the petition of removal (i.e., August 3, 2007, assuming notice of removal filed on July 27, 2007);
4  WHEREAS Plaintiff and Defendants previously stipulated and agreed that the deadline
5  for Defendants Josh Wilbur, FRW Enterprises, Inc., and Living in Comfort to answer or
6  otherwise response to the Complaint shall be extended to and including August 13, 2007;
7  WHEREAS Plaintiff and Defendants have since agreed to a further extension of time to
8  and including October 2, 2007 for Defendants to answer or otherwise respond to the Complaint;
9  WHEREAS pursuant to Local Rule 6-1(a) the "parties may stipulate, in writing, without
10  a Court order, to extend the time within which to answer or otherwise respond to the complaint .
11  . . ."
12  NOW THEREFORE IT IS STIPULATED AND AGREED THAT:
13  1. The deadline for Defendants Josh Wilbur, FRW Enterprises, Inc., and Living in
14  Comfort to answer or otherwise response to the Complaint shall be extended to and
15  including October 2, 2007.

17  Dated: August 6, 2007                    NASSIRI & JUNG LLP

19                                           By: _____
20                                               Charles H. Jung
                                                 Attorneys for Defendants
21                                               JOSH WILBUR and FRW ENTERPRISES,
                                                 INC. d/b/a LIVING IN COMFORT

23  Dated: August 7, 2007                   ERNEST M. THAYER, A Professional Corporation

25                                           By: _____
                                                 Ernest M. Thayer
26                                               Attorneys for Plaintiff Anne W. Thayer

- 2 -
STIPULATION REGARDING RESPONSE TO COMPLAINT