Ernest M. Thayer, State Bar No. 31469
ERNEST M. THAYER, A PROFESSIONAL CORPORATION
580 Roosevelt Way
San Francisco, California 94114
Telephone: (415) 436-9499

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE W. THAYER, on an individual basis, and also on a class-wide basis on behalf of herself and of all others similarly situated, ) | NO. CGC-07-463884-MEJ<br><br>C07-3869 MEJ |
| Plaintiff, ) | CLASS ACTION |
| vs. ) | |
| JOSH WILBUR; FRW ENTERPRISES, INC.; "LIVING IN COMFORT"; AND DOES 1 through 50, inclusive, ) | DISMISSAL |
| Defendants. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff

Anne W. Thayer hereby dismisses this action with prejudice.

September 27, 2007

ERNEST M. THAYER
A Professional Corporation


by: _Ernest M. Thayer_
Ernest M. Thayer
Attorneys for Plaintiff